# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENJI DOMONIC RICHMOND,<br><br>Petitioner,<br><br>v.<br><br>R. REED, WARDEN,<br><br>Respondent. | Case No. 1:15-cv-00145-SMS  HC<br><br>ORDER DIRECTING PETITIONER TO PROVIDE SUPPLEMENTARY INFORMATION<br><br>(Doc. 1) |

Petitioner Kenji Domonic Richmond, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, contending that he was denied due process in an institutional disciplinary hearing. Before the Court can screen the petition, it must determine jurisdiction and venue. Unfortunately, information in the petition concerning the institution at which the disciplinary hearing occurred, the institution in which Petitioner is presently confined, and the warden named as the Respondent are not consistent.

Accordingly, the Court hereby DIRECTS Petitioner to provide to the Court a declaration setting forth that information within thirty days of this ORDER. Upon receipt of Petitioner's declaration, the Court will screen the petition.

IT IS SO ORDERED.

Dated:  **February 4, 2015**         **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE