UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KENJI D. RICHMOND,<br><br>        Petitioner,<br><br>        v.<br><br>R. REED, WARDEN,<br><br>        Respondent. | CASE NO. 1:15-CV-145 SMS<br><br>ORDER DENYING REQUEST FOR STAY AND ARBITRATION ORDER<br><br>Docs. 9, 13 |
|---|---|

      On February 17, 2105, Petitioner Kenji D. Richmond filed two identical documents, both entitled "MOTION FOR REQUEST OF STAY AND ARBITRATION ORDER." Docs. 9, 13. In them he requests a stay of his pending habeas petition in order to exhaust his state and federal constitutional issues in the lower courts. However, it appears from his petition that he has already exhausted his state court remedies by appealing his conviction to the California Court of Appeal and the Supreme Court of California. Doc. 1, 3:19-24. Petitioner does not set forth any other grounds supporting his request for a stay. Hence, his request for a stay will be denied.

      Petitioner's request for an arbitration order is inapposite in this habeas matter. Petitioner does not identify any grounds for the relief sought. Hence, his request for an arbitration order will be denied.

      For the foregoing reasons, Petitioner's motions for request of stay and arbitration order are hereby DENIED.

IT IS SO ORDERED.

    Dated:   **July 1, 2015**             **/s/ Sandra M. Snyder**
                                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28